**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| MAMADOU SALIOU DIALLO | CIVIL ACTION NO. 26-3263-P |
| VS. | JUDGE S. MAURICE HICKS, JR. |
| WARDEN PINE PRAIRIE ICE PROCESSING CENTER, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Mamadou Saliou Diallo's request for habeas corpus is **GRANTED**. Respondents, and the warden of Pine Prairie ICE Processing Center, shall (A) **immediately release** Petitioner from custody without any bond requirements or new conditions, and (B) notify Petitioner's counsel of the exact location and time of his release no less than two hours before his release.

**IT IS FURTHER ORDERED** that Respondents shall, within **24 hours** after Petitioner's release, file a status report confirming his release.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 30th day of October, 2026.

S. Maurice Hicks

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE